# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASSICAL CREATIONS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>DEBORAH CANTER, et al.<br><br>Defendant(s). | CASE NO:<br>2:15−cv−08321−MMM−PJW<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

On 12/16/2015, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than 12/28/2015.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: December 30, 2015

*Margaret M. Morrow*

———————————————————
Margaret M. Morrow
United States District Judge